MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>02-90376-DDO</u>
SHAFFER, KIM ALLAN )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
           Debtor (s) )

     The undersigned Trustee submits the following Final Report and Proposed Distribution:

     1.     That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

     2.     That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>27,325.14</u>, disbursements of $3,900.77, and balance on hand of $<u>23,424.37</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

     3.     The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

     4.     The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <br> <u>Entity</u> | Nature of <br> <u>Interest</u> | Proposed <br> <u>Payment</u> |
|---|---|---|

     5.     The maximum allowable trustee compensation is $<u>3,097.02</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>3,097.02</u> for final compensation and an additional $<u>316.80</u> for final reimbursement of expenses.

     6.     The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $12,842.91, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 3,097.02 | 3,097.02 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 316.80 | 316.80 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 3,504.75 | 3,504.75 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 3,726.50 | 3,726.50 |
| WILKERSON, GUTHMANN & JOHNSON, LTD. | ACCOUNTANT FEES | 1,467.50 | 1,467.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 681.16 | 681.16 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 39.30 | 39.30 |
| WILKERSON, GUTHMANN & JOHNSON, LTD | ACCOUNTANT EXPENSES | 9.88 | 9.88 |
| | Total | 12,842.91 | 12,842.91 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $10,581.46, for unsecured creditors allowed in the total amount of $811,467.75, yielding a dividend of 1.3039902% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| ADVANTA BANK CORP | 000031 | 5,963.19 | 77.76 |
| BILL SCHADE | 000017 | 50,000.00 | 651.99 |
| CHARJUL PROPERTIES INC | 000038 | 99,941.95 | 1,303.23 |
| CHASE MANHATTAN BANK USA | 000008 | 6,438.07 | 83.95 |
| CITIBANK | 000036 | 23,841.17 | 310.89 |
| CITIBANK (SOUTH DAKOTA)NA | 000034 | 7,196.70 | 93.84 |
| CITIBANK (SOUTH DAKOTA)NA* | 000035 | 8,971.83 | 116.99 |
| CITIZENS BANK | 000020 | 72,678.76 | 947.72 |
| DON ENGEL | 000025 | 2,000.00 | 26.08 |
| FIRST CONSUMERS NATL BANK | 000030 | 2,404.63 | 31.36 |
| FIRST FARMERS MERCHANTS | 000002 | 18,310.89 | 238.77 |
| FIRST FARMERS MERCHANTS* | 000003 | 1,554.42 | 20.27 |
| GLENN & EVELYN JOHNSON | 000023 | 3,000.00 | 39.12 |
| HAROLD SHAFFER | 000021 | 2,222.60 | 28.98 |
| HAROLD SHAFFER* | 000022 | 29,009.15 | 378.28 |
| HEATHER BODE | 000029 | 8,750.00 | 114.10 |
| MALLORY ROTH | 000033 | 15,300.00 | 199.51 |
| MARNI ROTH | 000032 | 16,150.00 | 210.59 |
| MARY ENGEL | 000026 | 4,000.00 | 52.16 |
| MARY ENGEL* | 000027 | 6,000.00 | 78.24 |
| MBNA AMERICA BANK | 000007 | 5,832.62 | 76.06 |
| MEGHAN BODE | 000028 | 8,750.00 | 114.10 |
| MHESO | 000001 | 4,512.18 | 58.84 |
| MOLDED FOAM | 000037 | 46,000.00 | 599.84 |
| PREFERRED HOTEL MANAGEMENT EQUIPMEN | 000040 | 194,507.10 | 2,536.35 |
| RODNEY DIETRICH | 000009 | 37,500.00 | 489.00 |
| STUDENT LOAN FINANCE CORP | 000005 | 4,229.42 | 55.15 |
| TEXTRON FINANCIAL CORP | 000006 | 45,489.67 | 593.18 |
| US BANK CORP | 000041 | 21,259.40 | 277.22 |
| US BANK CORP* | 000042 | 13,040.46 | 170.05 |
| VALLEY BANK TRUST CO | 000004 | 18,840.63 | 245.68 |
| VIVIAN GALLOWAY | 000039 | 2,000.00 | 26.08 |
| WELLS FARGO BANK | 000015 | 25,772.91 | 336.08 |
| Total | | $811,467.75 | $10,581.46 |

7. The trustee's distribution of gross receipts of $27,325.14 from liquidation of all property of the estate is summarized below:

$     3,097.02     a.    Trustee Compensation

| | | | |
|---|---|---|---|
| $ | 3,504.75 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 5,194.00 | d. | Other Professionals |
| $ | 1,092.95 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 10,581.46 | h. | Unsecured Creditors |
| $ | 3,854.96 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 27,325.14 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 27,325.14 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.   The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  September 11, 2006                    /e/ Randall L. Seaver
                                              RANDALL L. SEAVER, Trustee
                                              12400 PORTLAND AVENUE SOUTH
                                              SUITE 132
                                              BURNSVILLE, MN  55337
                                              (952) 890-0888

<u>REVIEW BY UNITED STATES TRUSTEE</u>

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:    9/13/06                                  HABBO G. FOKKENA
                                                                                       UNITED STATES TRUSTEE
                                                                                       Region 12

                                                                                 By: *Mary M. Eleland*

Case No:       02-90376    DDO    Judge: Dennis D. O'Brien
Case Name:     SHAFFER, KIM ALLAN

For Period Ending: 09/13/06

Trustee Name:              RANDALL L. SEAVER
Date Filed (f) or Converted (c):    02/21/02 (f)
341(a) Meeting Date:       03/20/02
Claims Bar Date:           07/04/02

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WAGES HELD AT FILING | 600.00 | 150.00 | | 150.00 | FA |
| 2. CASH ON HAND | 30.00 | 30.00 | | 30.00 | FA |
| 3. BANK ACCOUNTS | 130.00 | 1.00 | | 157.42 | FA |
| 4. HOMESTEAD | 198,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 1988 SAAB | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 1992 HONDA ACCORD | 4,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. BOOKS | 0.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RING | 100.00 | 100.00 | | 40.00 | FA |
| 9. HOBBY EQUIPMENT/SUPPLIES | 200.00 | 200.00 | | 200.00 | FA |
| 10. IRA | 31,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. SRA | 8,200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. STOCK - CHARJUL PROPERTIES INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. KRAHMER & SHAFFER LTD | 54,000.00 | 1,100.00 | | 2,000.00 | FA |
| 14. OZARK MOTEL DEVELOPMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. HOUSEHOLD GOODS AND FURNISHINGS | 8,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. PIANO | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 18. PREFERRED HOTEL MGMT CORP | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. WALT DISNEY CO STOCK | 60.00 | 20.00 | | 20.00 | FA |
| 20. NEW ULM SUPER 8 MOTEL LP | 10,000.00 | 2,500.00 | | 2,500.00 | FA |

LFORM1

Ver: 11.60a

| Case No: | 02-90376 DDO Judge: Dennis D. O'Brien | | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | | | Date Filed (f) or Converted (c): | 02/21/02 (f) |
| | | | | 341(a) Meeting Date: | 03/20/02 |
| | | | | Claims Bar Date: | 07/04/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. TAX REFUNDS | 850.00 | 978.86 | | 978.86 | FA |
| 22. 1997 CHRYSLER | 7,700.00 | 0.00 | OA | 0.00 | FA |
| 23. Post-Petition Interest Deposits (u) | Unknown | N/A | | 276.57 | Unknown |
| 24. AMENDED TAX RETURNS/REFUNDS (u) | 0.00 | 16,000.00 | | 19,922.29 | FA |
| 25. POSSIBLE AVOIDANCE CLAIM VS. DEBTOR'S MOTHER | 0.00 | 0.00 | | 0.00 | FA |
| No recoverable claim | | | | | |
| 26. ACCOUNT CLOSURE (WELLS FARGO) (u) | 0.00 | 50.00 | | 50.00 | FA |
| 27. GENERAL PARTNERSHIP INTEREST (u) | 0.00 | 1.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $ 328,870.00      $ 22,130.86      $ 27,325.14      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Items 12, 14, 18 and 27 are all burdensome and of inconsequential value and will be abandoned.

Initial Projected Date of Final Report (TFR): 09/30/02      Current Projected Date of Final Report (TFR): 04/30/06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 02-90376 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1787 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3688 | | |
| For Period Ending: | 09/13/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/02 | | Kim A. Shaffer | Sale Of Estate Property | | 3,577.42 | | 3,577.42 |
| | | 2044 Knollwood Drive | General Sale Of Estate Property | | | | |
| | | Fairmont, MN 56031 | | | | | |
| | 1 | KIM A. SHAFFER | Memo Amount: 150.00 | 1129-000 | | | |
| | | | Wages | | | | |
| | 2 | KIM SHAFFER | Memo Amount: 30.00 | 1129-000 | | | |
| | | | CASH ON HAND | | | | |
| | 3 | KIM SHAFFER | Memo Amount: 157.42 | 1129-000 | | | |
| | | | BANK ACCOUNT | | | | |
| | 8 | KIM SHAFFER | Memo Amount: 40.00 | 1129-000 | | | |
| | | | Jewelry | | | | |
| | 9 | KIM SHAFFER | Memo Amount: 200.00 | 1129-000 | | | |
| | | | Hobby Equipment | | | | |
| | 13 | KIM SHAFFER | Memo Amount: 2,000.00 | 1129-000 | | | |
| | | | Krahmer & Shaffer Ltd. | | | | |
| | 17 | KIM SHAFFER | Memo Amount: 1,000.00 | 1129-000 | | | |
| | | | Piano | | | | |
| 07/31/02 | 23 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.33 | | 3,579.75 |
| 08/30/02 | 23 | NationsBank | Interest Rate 1.200 | 1270-000 | 3.64 | | 3,583.39 |
| 09/17/02 | 21 | Kim A. Shaffer | Tax Refund(s) | 1124-000 | 890.50 | | 4,473.89 |
| | | 2044 Knollwood Drive | | | | | |
| | | Fairmont, MN 56031 | | | | | |
| 09/30/02 | 23 | NationsBank | Interest Rate 1.200 | 1270-000 | 3.77 | | 4,477.66 |
| 10/31/02 | 23 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.56 | | 4,482.22 |
| 11/29/02 | 23 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.64 | | 4,485.86 |
| 12/31/02 | 23 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.24 | | 4,489.10 |
| 01/31/03 | 23 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.24 | | 4,492.34 |
| 02/28/03 | 23 | NationsBank | Interest Rate 0.850 | 1270-000 | 2.93 | | 4,495.27 |

Page Subtotals 4,495.27 0.00

Ver: 11.60a

LFORM24

| Case No: | 02-90376 -DDO | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1787 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3688 | | | |
| For Period Ending: | 09/13/06 | | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/03 | 23 | NationsBank | Interest Rate 0.500 | 1270-000 | 2.04 | | 4,497.31 |
| 04/30/03 | 23 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.85 | | 4,499.16 |
| 05/30/03 | 23 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.91 | | 4,501.07 |
| 06/11/03 | 000101 | International Sureties, Ltd. ATTN: Ms. Bootie Farnsworth 210 Baronne Street, Suite 1700 New Orleans, LA 70112-1722 | Trustee Bond | 2300-000 | | 3.00 | 4,498.07 |
| 06/30/03 | 23 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.85 | | 4,499.92 |
| 07/31/03 | 21 | United States Treasury Austin, Texas | Tax Refund(s) | 1124-000 | 88.36 | | 4,588.28 |
| 07/31/03 | 23 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.76 | | 4,589.04 |
| 08/29/03 | 23 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.78 | | 4,589.82 |
| 09/30/03 | 23 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.75 | | 4,590.57 |
| 10/31/03 | 23 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.78 | | 4,591.35 |
| 11/10/03 | 20 | Thomas F. Miller 2349 Parkwood Road St. Louis Park, MN 55416 | New Ulm Super 8 Motel LP General Sale Of Estate Property | 1129-000 | 2,500.00 | | 7,091.35 |
| 11/28/03 | 23 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.98 | | 7,092.33 |
| 12/31/03 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,092.94 |
| 01/30/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,093.53 |
| 02/27/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.56 | | 7,094.09 |
| 03/31/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,094.70 |
| 04/30/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.58 | | 7,095.28 |
| 05/28/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,095.87 |
| 06/02/04 | 000102 | International Sureties, Ltd. Suite 1700 210 Baronne Street New Orleans, La. 70112 | Bond Premium #016018055 | 2300-000 | | 5.28 | 7,090.59 |
| 06/30/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,091.18 |

Page Subtotals        2,604.19        8.28

Ver: 11.60a

LFORM24

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 02-90376 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1787  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3688 | | |
| For Period Ending: | 09/13/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/04 | 23 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,091.77 |
| 08/31/04 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,092.38 |
| 09/30/04 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.58 | | 7,092.96 |
| 10/29/04 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,093.55 |
| 11/30/04 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,094.14 |
| 12/31/04 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.60 | | 7,094.74 |
| 01/31/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.60 | | 7,095.34 |
| 02/28/05 | 23 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.36 | | 7,096.70 |
| 03/04/05 | 24 | Kim A. Shaffer<br>Janet B. Shaffer<br>2044 Knollwood Dr<br>Fairmont, MN  56031-2301 | MINNESOTA TAX REFUND<br>Debtor received MN refund checks for amended returns totalling $6,325.29.  $1,223.94 of the MN refunds are due to Janet Shaffer, and the balance of $5,101.35 belongs to the estate. | 1224-000 | 1,677.25 | | 8,773.95 |
| 03/04/05 | 24 | Kim A. Shaffer<br>Janet B. Shaffer<br>2044 Knollwood Dr<br>Fairmont, MN  56031-2301 | 1997 MN Tax Refunds | 1224-000 | 3,705.60 | | 12,479.55 |
| 03/04/05 | 24 | Kim A. Shaffer<br>Janet Shaffer<br>2044 Knollwood Dr<br>Fairmont, MN  56031 | 1998 MN Tax Refund | 1224-000 | 942.44 | | 13,421.99 |
| 03/04/05 | 000103 | Janet B. Shaffer<br>2044 Knollwood Drive<br>Fairmont, MN  56031 | Tax refunds due non-debtor spouse | 8500-000 | | 1,223.94 | 12,198.05 |
| 03/09/05 | 24 | United States Treasury<br>Austin, Texas | 1998 Tax refunds | 1224-000 | 2,773.00 | | 14,971.05 |
| 03/09/05 | 24 | United States Treasury<br>Austin, Texas | 1996 Amended tax refunds | 1224-000 | 3,941.00 | | 18,912.05 |
| 03/09/05 | 24 | United States Treasury | 1997 Amended tax refunds | 1224-000 | 6,883.00 | | 25,795.05 |

Page Subtotals    19,927.81    1,223.94

LFORM24

Ver: 11.60a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 02-90376 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1787 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3688 | | |
| For Period Ending: | 09/13/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/05 | 000104 | Austin, Texas<br>Janet B. Shaffer<br>2044 Knollwood Dr<br>Fairmont, MN  56031-2301 | Amended tax refunds due non-debtor spouse | 8500-000 | | 2,631.02 | 23,164.03 |
| 03/31/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.84 | | 23,167.87 |
| 04/29/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.75 | | 23,172.62 |
| 05/31/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.93 | | 23,177.55 |
| 06/09/05 | 000105 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La.  70112 | TRUSTEE BOND<br>Bond #016018055 | 2300-000 | | 18.38 | 23,159.17 |
| 06/30/05 | 23 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.76 | | 23,163.93 |
| 07/29/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.91 | | 23,168.84 |
| 08/31/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.81 | | 23,180.65 |
| 09/28/05 | 26 | Wells Fargo Bank, N.A.<br>P.O. Box 3055<br>Portland, OR  97208 | Account closure | 1229-000 | 50.00 | | 23,230.65 |
| 09/30/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.43 | | 23,242.08 |
| 10/31/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.84 | | 23,253.92 |
| 11/30/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.47 | | 23,265.39 |
| 12/05/05 | 19 | Kim A. Shaffer<br>2044 Knollwood Dr<br>Fairmont, MN  56031 | Stock | 1129-000 | 20.00 | | 23,285.39 |
| 12/30/05 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.86 | | 23,297.25 |
| 01/31/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 11.87 | | 23,309.12 |
| 02/28/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.60 | | 23,325.72 |
| 03/31/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.81 | | 23,345.53 |
| 04/28/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.18 | | 23,364.71 |
| 05/31/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.85 | | 23,384.56 |

Page Subtotals    238.91    2,649.40

LFORM24

Ver: 11.60a

| Case No: | 02-90376 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | SHAFFER, KIM ALLAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1787 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3688 | | |
| For Period Ending: | 09/13/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/06 | 000106 | Interantional Sureties, Ltd. ATTN: Marley V. Miller 203 Carondelolet, Ste. 500 New Orleans, LA 70112 | Trustee bond Bond #016018055 | 2300-000 | | 19.15 | 23,365.41 |
| 06/30/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.22 | | 23,384.63 |
| 07/31/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.86 | | 23,404.49 |
| 08/31/06 | 23 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.88 | | 23,424.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,577.42 | COLUMN TOTALS | | 27,325.14 | 3,900.77 | 23,424.37 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 27,325.14 | 3,900.77 | |
| Memo Allocation Net: | 3,577.42 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 27,325.14 | 3,900.77 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 3,577.42 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - *******1787 | | 27,325.14 | 3,900.77 | 23,424.37 |
| Total Memo Allocation Net: | 3,577.42 | | | 27,325.14 | 3,900.77 | 23,424.37 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    58.96    19.15

LFORM24

Ver: 11.60a

# PROPOSED DISTRIBUTION

Case Number: 02-90376  DDO  
Debtor Name: SHAFFER, KIM ALLAN  
Page 1  
Date: September 13, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $23,424.37 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $3,097.02 | $0.00 | $3,097.02 | $3,097.02 | $20,327.35 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $316.80 | $0.00 | $316.80 | $316.80 | $20,010.55 |
| 0000045 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $3,504.75 | $0.00 | $3,504.75 | $3,504.75 | $16,505.80 |
| 0000046 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $681.16 | $0.00 | $681.16 | $681.16 | $15,824.64 |
| 0000047 | LINDA M. BERREAU | Admin | 025 | $3,726.50 | $0.00 | $3,726.50 | $3,726.50 | $12,098.14 |
| 0000048 | LINDA M. BERREAU * | Admin | 025 | $39.30 | $0.00 | $39.30 | $39.30 | $12,058.84 |
| 0000049 | WILKERSON, GUTHMANN & JOHNSON, LTD. | Admin | 025 | $1,467.50 | $0.00 | $1,467.50 | $1,467.50 | $10,591.34 |
| 0000050 | WILKERSON, GUTHMANN & JOHNSON, LTD * | Admin | 025 | $9.88 | $0.00 | $9.88 | $9.88 | $10,581.46 |
| 000001 | MHESO | Unsec | 070 | $4,512.18 | $0.00 | $4,512.18 | $58.84 | $10,522.62 |
| 000002 | FIRST FARMERS MERCHANTS | Unsec | 070 | $18,310.89 | $0.00 | $18,310.89 | $238.77 | $10,283.85 |
| 000003 | FIRST FARMERS MERCHANTS* | Unsec | 070 | $1,554.42 | $0.00 | $1,554.42 | $20.27 | $10,263.58 |
| 000004 | VALLEY BANK TRUST CO | Unsec | 070 | $18,840.63 | $0.00 | $18,840.63 | $245.68 | $10,017.90 |
| 000005 | STUDENT LOAN FINANCE CORP | Unsec | 070 | $4,229.42 | $0.00 | $4,229.42 | $55.15 | $9,962.75 |
| 000006 | TEXTRON FINANCIAL CORP | Unsec | 070 | $45,489.67 | $0.00 | $45,489.67 | $593.18 | $9,369.57 |
| 000007 | MBNA AMERICA BANK | Unsec | 070 | $5,832.62 | $0.00 | $5,832.62 | $76.06 | $9,293.51 |
| 000008 | CHASE MANHATTAN BANK USA | Unsec | 070 | $6,438.07 | $0.00 | $6,438.07 | $83.95 | $9,209.56 |
| 000009 | RODNEY DIETRICH | Unsec | 070 | $37,500.00 | $0.00 | $37,500.00 | $489.00 | $8,720.56 |
| 000015 | WELLS FARGO BANK | Unsec | 070 | $25,772.91 | $0.00 | $25,772.91 | $336.08 | $8,384.48 |
| 000017 | BILL SCHADE | Unsec | 070 | $50,000.00 | $0.00 | $50,000.00 | $651.99 | $7,732.49 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|------------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| 000020 | CITIZENS BANK | Unsec | 070 | $72,678.76 | $0.00 | $72,678.76 | $947.72 | $6,784.77 |
| 000021 | HAROLD SHAFFER | Unsec | 070 | $2,222.60 | $0.00 | $2,222.60 | $28.98 | $6,755.79 |
| 000022 | HAROLD SHAFFER* | Unsec | 070 | $29,009.15 | $0.00 | $29,009.15 | $378.28 | $6,377.51 |
| 000023 | GLENN & EVELYN JOHNSON | Unsec | 070 | $3,000.00 | $0.00 | $3,000.00 | $39.12 | $6,338.39 |
| 000025 | DON ENGEL | Unsec | 070 | $2,000.00 | $0.00 | $2,000.00 | $26.08 | $6,312.31 |
| 000026 | MARY ENGEL | Unsec | 070 | $4,000.00 | $0.00 | $4,000.00 | $52.16 | $6,260.15 |
| 000027 | MARY ENGEL* | Unsec | 070 | $6,000.00 | $0.00 | $6,000.00 | $78.24 | $6,181.91 |
| 000028 | MEGHAN BODE | Unsec | 070 | $8,750.00 | $0.00 | $8,750.00 | $114.10 | $6,067.81 |
| 000029 | HEATHER BODE | Unsec | 070 | $8,750.00 | $0.00 | $8,750.00 | $114.10 | $5,953.71 |
| 000030 | FIRST CONSUMERS NATL BANK | Unsec | 070 | $2,404.63 | $0.00 | $2,404.63 | $31.36 | $5,922.35 |
| 000031 | ADVANTA BANK CORP | Unsec | 070 | $5,963.19 | $0.00 | $5,963.19 | $77.76 | $5,844.59 |
| 000032 | MARNI ROTH | Unsec | 070 | $16,150.00 | $0.00 | $16,150.00 | $210.59 | $5,634.00 |
| 000033 | MALLORY ROTH | Unsec | 070 | $15,300.00 | $0.00 | $15,300.00 | $199.51 | $5,434.49 |
| 000034 | CITIBANK (SOUTH DAKOTA)NA | Unsec | 070 | $7,196.70 | $0.00 | $7,196.70 | $93.84 | $5,340.65 |
| 000035 | CITIBANK (SOUTH DAKOTA)NA* | Unsec | 070 | $8,971.83 | $0.00 | $8,971.83 | $116.99 | $5,223.66 |
| 000036 | CITIBANK | Unsec | 070 | $23,841.17 | $0.00 | $23,841.17 | $310.89 | $4,912.77 |
| 000037 | MOLDED FOAM | Unsec | 070 | $46,000.00 | $0.00 | $46,000.00 | $599.84 | $4,312.93 |
| 000038 | CHARJUL PROPERTIES INC | Unsec | 070 | $99,941.95 | $0.00 | $99,941.95 | $1,303.23 | $3,009.70 |
| 000039 | VIVIAN GALLOWAY | Unsec | 070 | $2,000.00 | $0.00 | $2,000.00 | $26.08 | $2,983.62 |
| 000040 | PREFERRED HOTEL MANAGEMENT EQUIPMEN | Unsec | 070 | $194,507.10 | $0.00 | $194,507.10 | $2,536.35 | $447.27 |
| 000041 | US BANK CORP | Unsec | 070 | $21,259.40 | $0.00 | $21,259.40 | $277.22 | $170.05 |
| 000042 | US BANK CORP* | Unsec | 070 | $13,040.46 | $0.00 | $13,040.46 | $170.05 | $0.00 |

# PROPOSED DISTRIBUTION

Case Number: 02-90376    DDO  
Debtor Name: SHAFFER, KIM ALLAN  
Page 3  
Date: September 13, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $824,310.66 | $0.00 | $824,310.66 | $23,424.37 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Case Number: 02-90376    DDO  
Debtor Name: SHAFFER, KIM ALLAN  
Page 3  
Date: September 13, 2006

PROPDIST  
Printed: 09/13/06 05:04 PM    Ver: 11.60a

# Compensation and Expenses Worksheet

**Case Number:** 02-90376 DDO
**Debtor:** SHAFFER, KIM ALLAN

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $23,470.18

|  |  |  |  |
|---|---|---|---|
|  | $23,470.18 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $18,470.18 | 10% of Next $45,000 | $1,847.02 |
| Less - | $18,470.18 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $3,097.02
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$3,097.02**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| : FEDERAL EXPRESS 1 @ 20.12 | $20.12 |
| COPY: Photocopy/Duplication Expense 820 pages @ 0.25 / page | $205.00 |
| COPY: Photocopy/Duplication Expense 1 page @ 0.75 / page | $0.75 |
| POST: Postage 1 each @ 0.37 / each | $0.37 |
| POST: Postage 38 each @ 0.39 / each | $14.82 |
| POST: Postage 1 each @ 1.35 / each | $1.35 |
| POST: Postage 1 each @ 7.79 / each | $7.79 |
| POST: Postage 1 each @ 66.60 / each | $66.60 |

TOTAL EXPENSES CALCULATED: $316.80
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$316.80**

==============
**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$3,413.82**

# Compensation and Expenses Worksheet

**Case Number:** 02-90376 DDO
**Debtor:** SHAFFER, KIM ALLAN
**DATED: 09/13/06**

SIGNED _____  TRUSTEE:  RANDALL L. SEAVER
                                                                        12400 PORTLAND AVENUE SOUTH
                                                                        SUITE 132
                                                                        BURNSVILLE, MN  55337

COMPDETL                                                                Printed: 09/13/06 05:05 PM    Ver: 11.60a